THE STATE, DEFENDANT IN ERROR, v. JOHN MAHANEY, PLAINTIFF IN ERROR.

Submitted March 25, 1907—Decided June 17, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Ward & McGinnis.*

For the defendant in error, *William H. Speer.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given in the opinion of Mr. Justice Reed in that court, reported in 44 *Vroom* 53.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, HENDRICKSON, PITNEY, SWAYZE, TRENCHARD, BOGERT, VROOM, GREEN, GRAY, DILL, J.J.   12.

*For reversal*—None.